UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DION JERMAINE RANDOL VACCARO, | No. 2:22-cv-1984-EFB (PC) |
| Plaintiff, | |
| v. | ORDER |
| SAPIEN, et al., | |
| Defendants. | |

Plaintiff is a county jail inmate proceeding without counsel in an action brought under 42 U.S.C. § 1983. In addition to filing a complaint, he has filed a motion for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed his application for leave to proceed in forma pauperis on the form used by this district. He has also not submitted a certified copy of his trust account statement as required by 28 U.S.C. § 1915(a)(2).

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis by a Prisoner;

/////
/////
/////
/////

1

2. Plaintiff shall submit, within thirty days from the date of this order, a completed application to proceed in forma pauperis, including a certified trust account statement;[1] and

3. Plaintiff's failure to comply with this order may result in dismissal of this action.

Dated: November 16, 2022.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] If plaintiff is unable to comply with this order, he must submit to the court a copy of his request for a copy of his certified trust account statement along with any responses received from jail officials.