UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DION JERMAINE RANDOL VACCARO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAPIEN, et al.,<br><br>　　　　Defendants. | No.  2:22-cv-1984-EFB (PC) |
| CORRINA TRAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAPIEN, et al.,<br><br>　　　　Defendants. | No.  2:22-cv-2078-KJM-AC (PS)<br><br>RELATED CASE ORDER |

　　　Examination of these actions reveals that the actions are related within the meaning of E.D. Cal. Local Rule 123.  It would entail substantial duplication of labor if the actions were heard by different judges or magistrate judges.  Accordingly, assignment of the same judge to both actions is likely to effect a substantial savings of judicial effort.

　　　The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected.

1

Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

Accordingly, it is ORDERED that the case designated *Tran v. Sapien*, No. 2:22-cv-2078-KJM-AC (PS), is reassigned to District Judge Kimberly J. Mueller and Magistrate Judge Edmund F. Brennan for all further proceedings. Henceforth the captions on all documents filed in that reassigned case shall be shown as 2:22-cv-2078-KJM-EFB (PS).

DATED: January 12, 2023.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE